April 24, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

QUINCY DOUGLASS SMITH, SR., Appellant

NO. 14-12-00019-CV                    V.

CAROL A. SMITH, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 6, 2012.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by QUINCY DOUGLASS SMITH, SR.

We further order this decision certified below for observance.